■ In the Matter of HELEN GITMAN, Respondent-Appellant, v HOWARD GITMAN, Appellant-Respondent. — In a support proceeding pursuant to article 4 of the Family Court Act, the parties cross-appeal from an order of the Family Court, Queens County, dated October 16, 1979, which directed the father to pay petitioner $75 per week alimony and $50 per week child support. Order reversed, on the law, without costs or disbursements, and the matter is remitted to the Family Court for a hearing *de novo.* The instant record is so confusing that we are prevented from properly considering the issues raised on appeal. The hearing examiner recommended an award to the petitioner wife of $75 per week for child support and $50 per week for alimony. The Family Court Judge purportedly confirmed this recommendation, and yet, the final order awarded the exact opposite, i.e., $75 per week alimony and $50 per week child support. Moreover, the instant petition was for enforcement of a Supreme Court judgment of divorce, which had granted petitioner $175 per week alimony and child support. There was no cross petition by the father for a downward modification of the alimony and support provisions of that judgment. Nevertheless, the hearing examiner recommended such a modification and the court granted one, though in different amounts. Accordingly, a new hearing is required on the enforcement petition. The father, if he be so advised, should file a cross petition for a downward modification of the judgment of divorce, and, if timely filed, the cross petition should be heard with the petition for enforcement. Mangano, J.P., Gibbons, Gulotta and O'Connor, JJ., concur.